# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR13-456 GAF | Date | September 29, 2014 |
|---|---|---|---|

| Present: The Honorable | GARY ALLEN FEESS, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | Levon Dounamalian (Armenian) |

| Stephen Montes Kerr | Pat Cuneo | Andrew Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (6) Harutyun Karapetyan | √ | | √ | Michael Emmick | √ | | √ |

**Proceedings:** **SENTENCING** (non-evidentiary)

    For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

|  | : | 31 |
|---|---|---|
| Initials of Deputy Clerk | | SMO |

cc: